FULTON LIGHT, HEAT AND POWER COMPANY, Respondent, v. SENECA RIVER POWER COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursmeents, on the opinion of Cheney, J., delivered at the Special Term [Reported

In 119 Misc. Rep. 729], and on the authority of *People ex rel. Oneonta L. & P. Co.* v. *Public Service Commission* (180 App. Div. 32). All concur.